## Levi Davis, Appellee, v. Chas. P. Davis, Trading as Hannibal-Quincy Truck Line, Appellant.

Heard in this court at May term, 1942; opinion filed November 2, 1942. Kramer, Campbell, Costello & Wiechert, for appellant; Green & Hoagland, for appellee; R. B. Maucker and J. J. Middleton, of counsel. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."

## Charles H. Theis, Appellant, v. Stolze Lumber Company, Appellee.

Heard in this court at May term, 1942; opinion filed November 2, 1942. George H. Muelder, for appellant; John B. Harris, of counsel; Sullivan, Schuman & Moran, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."